MANNING v. STATE.

(In Banc. Dec. 9, 1940.)

[199 So. 73. No. 34345.]

J. H. Garth, of Hazlehurst, for appellant.

**W. D. Conn, Jr.,** Assistant Attorney-General, for appellee.

**McGowen, J.,** delivered the opinion of the court.

The evidence was wholly insufficient to sustain the conviction on an indictment charging appellant with the unlawful possession of whisky. The Assistant Attorney General agrees with this conclusion.

The cause is reversed and appellant discharged.